UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
(STATESBORO DIVISION)

**Tamah Jada Clark,**

Plaintiff/Petitioner

v.

**WARDEN STANLEY WILLIAMS
(GDOC: SMITH STATE PRISON),**

Defendant/Respondent

Civil Action No. _____

**CV 614-082**

## ORIGINAL COMPLAINT

*Petition for Writ of Habeas Corpus Pursuant 28 U.S.C. § 2254(a)*

### 1) CAUSE OF ACTION:

Comes now Petitioner, Tamah Jada Clark (Mrs. Clark), pursuant 28 U.S.C. § 2254(a), in behalf of my husband, Jason Joseph Clark (Mr. Clark)—being restrained at SMITH STATE PRISON of the GEORGIA DEPARTMENT OF CORRECTIONS by WARDEN STANLEY WILLIAMS, in TATTNALL

COUNTY GA. 'Exhibit A' (containing 8 pages) is hereby made part of this pleading for all purposes [Federal Rules of Civil Procedure 10(c)].

## 2) PERTINENT FACTS:

i. <u>STATUS AND STANDING.</u>

My husband and I are neither citizens nor nationals of the United States [8 U.S.C. § 1101 (a) (22)]; and are not U.S. residents or other U.S. persons [26 U.S.C. § 7701 (a) (30)] of any kind. To the contrary, we are Floridian-American foreign nationals [8 U.S.C. § 1101 (a) (21)], also recognizable as freemen under the organic Constitution for the United States of America Republic—possessing unalienable rights as delineated and specified to be protected from encroachment by the federal government (as well as its corporate-federal persons), in the Bill of Rights. With respect to the *current* United States, we are nonresident, non-immigrant [8 U.S.C. § 1101 (a) (15) (B)], aliens [8 U.S.C. § (a) (15) (B)]; and are domiciled without the same[1] [2].

---

[1] "[R]ights of personal status, according to Common law, depend upon domicil[.]" <u>A Treatise on The Conflict of Laws or Private International Law (pg. 6) by Joseph Henry Beale (1916).</u>
[2] "CAPACITY TO SUE OR BE SUED. Capacity to sue or be sued is determined [...] for an individual who is not acting in a representative capacity, by the law of the individual's domicile[.]" <u>Federal Rules of Civil Procedure 17 (b) (1).</u>

Unobjectionably, WARDEN STANLEY WILLIAMS is a citizen and national of the United States.

ii. <u>LACK OF JURISDICTION.</u>

The STATE OF GEORGIA— being composed of "citizens of the United States" as defined by the 14th amendment to the U.S. Constitution— lacks authority to arbitrarily exercise jurisdiction over freemen in the state territories of the States of the former (organic) American Union.

The U.S. Supreme Court has recognized that if a court is *"without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void; and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification; and all persons concerned in executing such judgments or sentences, are considered, in law, as trespassers."* <u>Elliott v. Lessee of Piersol, 26 U.S. 1 Pet. 328 328 (1828).</u>

iii. <u>NON-JUSTICIABLE MATTERS.</u>

Citizenship and nationality are non-justiciable *political* matters, which STATE OF GEORGIA courts are without lawful authority to decide, discuss, or determine; and, any such presumptions made by said courts are rebuttable and will be defeated *ipso facto*, where constitutionally-protected rights are involved. The only person lawfully capable of making the decision of political affiliation and determining the citizenship of Jason Joseph Clark is Jason Joseph Clark—in the absence of threat, duress, coercion, and other methods of compelling association, of which the United States has grown quite fond. All implications of contractual nexus (i.e. birth certificates, driver's licenses, vehicle registrations, voter registrations, etc.) must have come about in good faith—in the absence of secrecy and deceit—with absolute honesty of the terms and legal conditions thereby imposed, pertaining to the legal status thereby created in applying for those instruments.

The present body politic (STATE OF GEORGIA) occupying Georgia territory is operating *de facto*, not de jure; though it is holding itself out to be the *de jure* posterity of the freemen who erected it. The STATE OF GEORGIA uses the banner, seal, and other sacred ensign of the former body politic composed of freemen—all of which is false representation, to say the very least; and any

alleged contractual nexus or consent of any kind arising under those circumstances of constructive fraud, are void *ab initio*.

## 3) CONCLUSION:

### i. UNLAWFUL DETENTION.

Jason Joseph Clark's detention by WARDEN STANLEY WILLIAMS—for all of the reasons specified above and more— is unlawful; and if given the opportunity, I will gladly come to court with official documents and historical records (i.e. Supreme Court cases, Congressional Records, Treatises and other scholarly legal work) and prove it. There is no need for MR. WILLIAMS or anyone else in/on his behalf to attempt to discuss subject matter of State court proceedings unless and until they successfully prove jurisdiction—which they cannot, because it was not lawfully obtained.

### ii. PRAYER FOR RELIEF.

The above-presented pertinent facts, as well as the history and legal evidence in support thereof, is not easy to come by—let alone to sort through and actually

comprehend; in fact, that task nearly proved itself impossible. For this reason, I have just now been able to come before the court to present the pertinent and conclusive information contained herein, which was heretofore a physical and mental *impossibility*, as it does and probably shall remain for most Americans.

Nevertheless, it is common knowledge that the provisions of the organic Constitution are self-executing. I am not asking MR. WILLIAMS or his representation to come before this court and "play games" with me, because I am not interested in that and I am not going for it. Furthermore, any U.S. citizens involved in such behavior will all be held jointly liable for involuntary servitude, peonage, human trafficking, abduction, and other human rights violations, cognizable under Public International Law and even U.S. Federal Statutory Law;

THEREFORE,

I hereby humbly request that this court be certain to construe this pleading so as to do justice (pursuant Federal Rule of Civil Procedure 8 (e)) and that it see fit to immediately issue a writ of habeas corpus demanding that STANLEY WILLIAMS bring my husband, Jason Joseph Clark, before this

court and prove the impossible: that the STATE OF GEORGIA had lawfully obtained my husband's consent to interact with that forum—(without his knowledge)—or simply let my husband go.

### (REPRESENTATIONS TO THE COURT)

I am not aware of the specific protocol required for enforcing the observance of constitutionally-protected rights under the organic Constitution of the U.S. Republic; but, hereby certify to the Court that the claims contained herein, *"and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law"*, [Federal Rules of Civil Procedure 11(b)(2)].

*I certify under penalty of perjury under the laws of the United States of America made in pursuance of the Constitution for the United States of America republic [e.g. the Supreme Law of the Land] that the information provided in this Notice is true and correct to the best of my current knowledge, belief, and ability. Executed without the United States on July 22, 2014.*

(Unrepresented) Petitioner in behalf of my husband,

*[signature]*     Signed July 22, 2014

Mrs. Tamah Jada Clark
6901-a N. 9th Ave # 429
Pensacola Florida [32504]
(850) 512-6642
TamahJClark@gmail.com

From:
Tamah Jada Clark
6901-A N. 9th Ave. #429
Pensacola Florida [32504]

Certified Mail #: 7013 2250 0001 4472 5609

To:
John Kerry
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Wednesday, July 16, 2014

# REQUEST FOR CERTIFICATE OF LOSS OF NATIONALITY

Dear Sir:

I am contacting you in follow-up to the communication I sent you on June 20, 2014 entitled "Notice of Presumed Consent to United States Citizenship: Repudiation of State/Federal Social Compacts (Ab Initio)"; I never received a response or acknowledgement of any kind from your office.

As you know, the aforementioned communication contained a series of documents all aimed at finally and completely defeating the presumption of U.S. nationality and citizenship, as well as U.S. personhood in general; they include:

- ✓ Social Security Administration, Request for Withdrawal of Application/Notice of Relinquished Social Security Number [5 pages total]
- ✓ State of Georgia Voter Registration Cancellation/Notice of Legal Status [3 pages total]
- ✓ Rescission of Marriage License Contact [4 pages total]
- ✓ Notice of Vehicle Registration Cancellation [4 pages total]
- ✓ Annulment of Presumed Birth Certificate "Contract" & Dissolution of Trust [6 pages total]
- ✓ Nullification of Driver's License Application [ 3 pages total]



Exhibit A
Pg 1 of 8

While I have already relinquished and defeated all notion of my having United States nationality and personhood to my own satisfaction, there are various U.S. agencies that require "official proof" of this by way of a "Certificate of Loss of Nationality".

The U.S. Internal Revenue Service mentions the existence of such a document in 26 § U.S.C. 877A(g)(4)(C) and specifies that an individual must obtain it from the United States Department of State before one can be recognized as a non-national of the United States by the IRS.

And quite frankly, I would like to have the certificate to facilitate the process of exercising my human right to be free from compelled association, as provided for in Article 20 of the Universal Declaration of Human Rights, to which the United States is/are a signatory.

I do not wish to be harassed by the various U.S. police agencies and agents who assume that I am a U.S. citizen/national simply because I am present on the U.S. land mass. Under the organic Constitution for the United States republic, I have the right to be here free from compelled association and/or harassment from U.S. persons unlawfully attempting to arbitrarily exercise authority over me.

I have already sent you a signed statement of voluntary relinquishment of United States nationality in the communication of June 20, 2014, but will re-enclose it with this request to ensure you have it on file. Please issue a Certificate of Loss of Nationality to me in my full name: Tamah Jada Clark. Thank you, sir, for your time, cooperation, and assistance.


Kind/Regards,

*[signature]*

**Tamah Jada Clark**
TamahJClark@gmail.com
(850) 512-6642
6901-A N. 9th Avenue #429
Pensacola Florida [32504]


Enclosure:
Notice of Legal Status (of, by, and for) Tamah Jada Clark....2 pages

Exhibit A
Pg. 2 of 8

# Notice of Legal Status
(Of, by, and for)
**Tamah Jada Clark**

6901-A N. 9th Avenue #429
Pensacola Florida [32504]

Last updated: 7/17/14

**PURPOSE:** *The purpose of this document is to openly and publicly make known my legal status to interested public officials of the state and federal governments of the United States, so that I may peacefully exist without intrusion or interference against my personal Rights and Liberties.*

**\*\*Please Be Aware\*\***
That all references to United States federal and state statutory law are provided in this document for the SOLE purpose of facilitating comprehension and readability of my message to the above-named parties. Such references shall not be construed in any way that may abridge or obstruct my natural and unalienable rights.

KNOW ALL MEN/PERSONS BY THESE PRESENTS: I, Tamah Jada Clark, an exclusively private woman having irrefutable evidence and knowledge of the truthful facts herein stated, do hereby declare my self-proclaimed lawful status as a personal sovereign (without subjects)/freewoman, who shall hereby take her rightful place among Men.

## Notice of Domicile and Residence
Confirmation of Existence Outside of the United States
It has never been my willful intent or desire to be a "national of the United States" [8 USC 1101(a)(22)]. However, it has come to my attention that such a presumption has been made about me without my knowledge, in the absence of my express and informed consent. For this reason, it has now become necessary to openly declare otherwise, that my proper status be known. Therefore, let it be known that I have officially repatriated to and am now present within the constitutional state of Florida [republic], under the organic Constitution for the United States of America republic [without the United States], in which I maintain my sole residence and my domicile without any intention of abandonment. With respect to the United States (and all of the present states that were created under and united by the authority of the same): I am a **non-resident, nonimmigrant** [8 U.S.C. 1101(a)(15)(b)], **alien** [8 U.S.C. 1101(a)(3)] Floridian-American **national** [8 U.S.C. 1101(a)(21)].

## Declaration of Non-U.S. Citizenship or Nationality:
Allegiance to the state of Florida [Constitutional] Republic

I, Tamah Jada Clark, a competent woman having attained the age of eighteen years, have voluntarily made declaratory affirmation of allegiance to the state of Florida republic of the former American Union in existence prior to the *War Between the States*, *with the express intention* of **relinquishing** United States nationality [8 U.S.C. § 1481(a)(2)]; forthwith disavowing all presumptions—present, past, or future—to the contrary. I am not now nor have I EVER knowingly/intentionally been a "*citizen of the United States*" as set forth in the 14th

**Copyright Notice:** This document is the exclusive property of myself, Tamah Jada Clark, and my husband Jason Joseph Clark. It cannot be reproduced in any way, shape, or form for any reason without our written, express, prior permission and consent. Document NOT FOR SALE. Contact TamahJClark@gmail.com for inquiries.

Exhibit A
pg. 3 of 8

Amendment of the *Constitution of the United States of America*; and, I have NEVER intentionally been a *resident* of a state of the present union systematically created overtime following the *War Between the States*.

## Notice of Personal Sovereignty:
Recession of All Contracts with State and Federal Government

At all times in the past, present, and future—unless *knowingly*, willingly, and expressly stated otherwise, by myself, in writing, free from all threat of force, coercion or other external influence—hereby REJECT all government franchises, (state and federal), as well as all other offers to contract with either of them. I am, have been, and shall remain an exclusively private woman, loyal to the former Union of constitutionally protected American republics. Further, I am now and always have been in full possession of the **unalienable** Rights as enumerated in the *Declaration of Independence—1776*, owing to all conscious men and women.

## Affirmation of Respect for the Law of Nations
Expressed Intent to Uphold the Policy of Non-intervention

I am not a "sovereign citizen", "constitutionalist", "paper terrorist", "anarchist", "tax evader" or other misfit denomination imposed upon belligerent and hostile, misinformed and insurgent **citizens of the United States**; please do NOT attempt to label or categorize me as such. To the contrary, I believe in and whole-heartedly support lawful government. More importantly, I respect the sovereignty of all true sovereigns (governments, queens, kings, princes, popes or other individuals), as well as the Law of Nations, and intend to conduct myself according to the principles of the same; including that of **non-intervention** in the private internal matters of other sovereigns, which do not concern me. With that being said, I expect and demand the same mutual respect in return.

*I certify under penalty of perjury under the laws of the United States of America made in pursuance of the Constitution for the United States of America republic [e.g. the Supreme Law of the Land] that the information provided in this Notice is true and correct to the best of my current knowledge, belief, and ability. Executed without the United States on May 12, 2014.*

**Printed Name:** _____ Tamah Jada Clark _____

**Signature:** _[signature]_  **Date:** 7/17/14
All rights reserved

**Tamah Jada Clark**
TamahJClark@gmail.com
(850) 512-6642
6901-A N. 9th Avenue #429
Pensacola Florida [32504]

**LAST COMMENTS:** 1) If you do not understand the message contained in this document, then this message is not for you. Please pass this document to your superior. 2) If you have been given this document by a person that is your inferior and you are unable to comprehend it, please feel free to contact me for assistance. If there are elements of this document that you would like to discuss or further clarify, please contact me using the information above. Thank you.

**Copyright Notice:** This document is the exclusive property of myself, Tamah Jada Clark, and my husband Jason Joseph Clark. It cannot be reproduced in any way, shape, or form for any reason without our written, express, prior permission and consent. Document NOT FOR SALE. Contact TamahJClark@gmail.com for inquiries.

Exhibit A
pg. 4 of 8

From:
Jason Joseph Clark
6901-A N. 9th Ave. #429
Pensacola Florida [32504]

Certified Mail #: 7013 2250 0001 4472 5609

To:
John Kerry
U.S. Secretary of State
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Wednesday, July 16, 2014

# REQUEST FOR CERTIFICATE OF LOSS OF NATIONALITY

Dear Sir:

I am contacting you in follow-up to the communication I sent you on June 20, 2014 entitled "Notice of Presumed Consent to United States Citizenship: Repudiation of State/Federal Social Compacts (Ab Initio)"; I never received a response or acknowledgement of any kind from your office.

As you know, the aforementioned communication contained a series of documents all aimed at finally and completely defeating the presumption of U.S. nationality and citizenship, as well as U.S. personhood in general; they include:

- ✓ Social Security Administration, Request for Withdrawal of Application/Notice of Relinquished Social Security Number [5 pages total]
- ✓ Rescission of Marriage License Contact [4 pages total]
- ✓ Annulment of Presumed Birth Certificate "Contract" & Dissolution of Trust [6 pages total]
- ✓ (Georgia) Nullification of Driver's License Application [3 pages total]
- ✓ (Washington) Nullification of Driver's License Application [3 pages total]

While I have already relinquished and defeated all notion of my having United States nationality and personhood to my own satisfaction, there are various U.S. agencies that require "official proof" of this by way of a "Certificate of Loss of Nationality".

Exhibit A
pg. 5 of 8

The U.S. Internal Revenue Service mentions the existence of such a document in 26 § U.S.C. 877A(g)(4)(C) and specifies that an individual must obtain it from the United States Department of State before one can be recognized as a non-national of the United States by the IRS.

And quite frankly, I would like to have the certificate to facilitate the process of exercising my human right to be free from compelled association, as provided for in Article 20 of the Universal Declaration of Human Rights, to which the United States is/are a signatory.

I do not wish to be harassed by the various U.S. police agencies and agents who assume that I am a U.S. citizen/national simply because I am present on the U.S. land mass. Under the organic Constitution for the United States republic, I have the right to be here free from compelled association and/or harassment from U.S. persons unlawfully attempting to arbitrarily exercise authority over me.

I have already sent you a signed statement of voluntary relinquishment of United States nationality in the communication of June 20, 2014, but will re-enclose it with this request to ensure you have it on file. Please issue a Certificate of Loss of Nationality to me in my full name: Jason Joseph Clark. Thank you, sir, for your time, cooperation, and assistance.

Kind Regards,

*[signature: Jason Joseph Clark]*

**Mr. Jason Joseph Clark**
c/o Mrs. Tamah Jada Clark
TamahJClark@gmail.com
Ph: (850) 512-6642
6901-A N. 9th Avenue #429
Pensacola Florida [32504]

Enclosure:
Notice of Legal Status (of, by, and for) Jason Joseph Clark....2 pages

Exhibit A
Pg. 6 of 8

# Notice of Legal Status
(Of, by, and for)
**Jason Joseph Clark**

6901-A N. 9th Avenue #429
Pensacola Florida [32504]

Last updated: 7/17/14

**PURPOSE:** *The purpose of this document is to openly and publicly make known my legal status to interested public officials of the state and federal governments of the United States, so that I may peacefully exist without intrusion or interference against my personal Rights and Liberties.*

**\*\*Please Be Aware\*\***
That all references to United States federal and state statutory law are provided in this document for the SOLE purpose of facilitating comprehension and readability of my message to the above-named parties. Such references shall not be construed in any way that may abridge or obstruct my natural and unalienable rights.

KNOW ALL MEN/PERSONS BY THESE PRESENTS: I, Jason Joseph Clark, an exclusively private man having irrefutable evidence and knowledge of the truthful facts herein stated, do hereby declare my self-proclaimed lawful status as a personal sovereign (without subjects)/freeman, who shall hereby take his rightful place among Men.

## Notice of Domicile and Residence
<u>Confirmation of Existence Outside of the United States</u>
It has never been my willful intent or desire to be a "national of the United States" [8 USC 1101(a)(22)]. However, it has come to my attention that such a presumption has been made about me without my knowledge, in the absence of my express and informed consent. For this reason, it has now become necessary to openly declare otherwise, that my proper status be known. Therefore, let it be known that I have officially repatriated to the constitutional state of Florida [republic], under the organic Constitution for the United States of America republic [without the United States], in which I maintain my sole residence and my domicile without any intention of abandonment. With respect to the United States (and all of the present states that were created under and united by the authority of the same): I am a **non-resident, nonimmigrant** [8 U.S.C. 1101(a)(15)(b)], **alien** [8 U.S.C. 1101(a)(3)] Floridian-American **national** [8 U.S.C. 1101(a)(21)].

## Declaration of Non-U.S. Citizenship or Nationality:
<u>Allegiance to the state of Florida [Constitutional] Republic</u>

I, Jason Joseph Clark, a competent man having attained the age of eighteen years, have voluntarily made declaratory affirmation of allegiance to the state of Florida republic of the former American Union in existence prior to the *War Between the States*, <u>*with the express intention*</u> of **relinquishing** United States nationality [8 U.S.C. § 1481(a)(2)]; forthwith disavowing all presumptions—present, past, or future—to the contrary. I am not now nor have I EVER knowingly/intentionally been a *"citizen of the United States"* as set forth in the 14th

**Copyright Notice:** This document is the exclusive property of myself, Jason Joseph Clark, and my wife Tamah Jada Clark. It cannot be reproduced in any way, shape, or form for any reason without our written, express, prior permission and consent. Document NOT FOR SALE. Contact TamahJClark@gmail.com for inquiries.

Exhibit A
Pg. 7 of 8

Amendment of the *Constitution of the United States of America*; and, I have NEVER intentionally been a *resident* of a state of the present union systematically created overtime following the *War Between the States*.

## Notice of Personal Sovereignty:
Recession of All Contracts with State and Federal Government
At all times in the past, present, and future—unless *knowingly*, willingly, and expressly stated otherwise, by myself, in writing, free from all threat of force, coercion or other external influence—hereby REJECT all government franchises, (state and federal), as well as all other offers to contract with either of them. I am, have been, and shall remain an exclusively private man, loyal to the former Union of constitutionally protected American republics. Further, I am now and always have been in full possession of the **unalienable** Rights as enumerated in the *Declaration of Independence—1776*, owing to all conscious men and women.

## Affirmation of Respect for the Law of Nations
Expressed Intent to Uphold the Policy of Non-intervention

I am not a "sovereign citizen", "constitutionalist", "paper terrorist", "anarchist", "tax evader" or other misfit denomination imposed upon belligerent and hostile, misinformed and insurgent **citizens of the United States**; please do NOT attempt to label or categorize me as such. To the contrary, I believe in and whole-heartedly support lawful government. More importantly, I respect the sovereignty of all true sovereigns (governments, queens, kings, princes, popes or other individuals), as well as the Law of Nations, and intend to conduct myself according to the principles of the same; including that of **non-intervention** in the private internal matters of other sovereigns, which do not concern me. With that being said, I expect and demand the same mutual respect in return.

*I certify under penalty of perjury under the laws of the United States of America made in pursuance of the Constitution for the United States of America republic [e.g. the Supreme Law of the Land] that the information provided in this Notice is true and correct to the best of my current knowledge, belief, and ability. Executed without the United States on May 12, 2014.*

**Printed Name:** _____Jason Joseph Clark_____

**Signature:** _____Jason Clark_____ **Date:** __7/17/14__
All rights reserved

**Jason Joseph Clark c/o**
TamahJClark@gmail.com
(850) 512-6642
6901-A N. 9th Avenue #429
Pensacola Florida [32504]

LAST COMMENTS: 1) If you do not understand the message contained in this document, then this message is not for you. Please pass this document to your superior. 2) If you have been given this document by a person that is your inferior and you are unable to comprehend it, please feel free to contact me for assistance. If there are elements of this document that you would like to discuss or further clarify, please contact me using the information above. Thank you.

Copyright Notice: This document is the exclusive property of myself, Jason Joseph Clark, and my wife Tamah Jada Clark. It cannot be reproduced in any way, shape, or form for any reason without our written, express, prior permission and consent. Document NOT FOR SALE. Contact TamahJClark@gmail.com for inquiries.

Exhibit A
pg. 8 of 8

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]

7013 2250 0001 4472 5616






1006   31412




Federal
Clerk, U.S. District Court
Southern District of Geor
Statesboro Division
P.O. Box 8286
Savannah, GA 31412

Jada Clark
N. 9th Ave #429
la, Florida [32504]



Federal
Clerk, U.S. District Court
Southern District of Georgia
Statesboro Division
P.O. Box 8286
Savannah, GA 31412