```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV020315
Cashier ID: lherb
Transaction Date: 08/04/2014
Payer Name: Tamah Jada Clark
------------------------------------
WRIT OF HABEAS CORPUS
 For: Tamah Jada Clark
 Amount:       $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 17-047961201
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```