UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
(STATESBORO DIVISION)

**Tamah Jada Clark,**

Plaintiff/Petitioner

v.

**WARDEN STANLEY WILLIAMS
(GDOC: SMITH STATE PRISON),**

Defendant/Respondent

Civil Action No. CV614-082

## NOTICE TO THE COURT

NOTICE OF ERRONEUS TRANSFER OF PETITION TO USDC FOR THE NORTHERN DISTRICT OF GEORGIA

On August 20, 2014, this Court issued an Order stating that I, Tamah Jada Clark, (Petitioner) have filed this habeas corpus civil action "ostensibly pursuant to 28 U.S.C. § 2254" on behalf of my husband, Mr. Jason Joseph Clark. This is an untrue statement, as evidenced by the petition itself, wherein is stated that I/Petitioner, Mrs. Tamah Jada Clark, have filed this habeas corpus on my own behalf *definitively* pursuant 28 U.S.C. § 2254(a).

pg. 1 of 2

In the very same Order, this Court then proceeded to erroneously transfer my petition to the Northern District of Georgia Atlanta Division pursuant 28 U.S.C. § 2241(d), as though it were a prisoner's petition for habeas corpus, which it is unobjectionably not. As a matter of fact, 28 U.S.C. § 2241(d) only applies "Where an application for a writ of habeas corpus is made by a person in custody".

THEREFORE, this Court has erroneously transferred my petition, pursuant a statutory provision that does not apply to me, Mrs. Tamah Jada Clark/the Petitioner or the petition itself. The said Order, then, is invalid, by law.

*Unrepresented Petitioner ON HER OWN BEHALF:*

*[signature: Tamah Jada Clark]*

Monday, August 25, 2014

Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla [32504]

pg. 2 of 2

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# (STATESBORO DIVISION)

| | |
|---|---|
| **Tamah Jada Clark,** ) | |
| ) | |
| Plaintiff/Petitioner ) | |
| ) | |
| v. ) | Civil Action No. CV614-082 |
| ) | |
| **WARDEN STANLEY WILLIAMS** ) | |
| **(GDOC: SMITH STATE PRISON),** ) | |
| ) | |
| Defendant/Respondent | |

## CERTIFICATE OF SERVICE FOR:

### NOTICE OF ERRONEUS TRANSFER OF PETITION TO USDC FOR THE NORTHERN DISTRICT OF GEORGIA

I, Tamah Jada Clark/Petitioner, hereby affirm that a true and correct copy of the above-mentioned Notice to the Court has been served on the attorney for Warden Stanley Williams/Respondent, Mr. Sam Olens at his last known address of:

**Attorney General, Sam Olens**

Pg. 1 of 2

**Office of the Attorney General**
**40 Capitol Square, SW**
**Atlanta, Ga 30334**

*Unrepresented Petitioner ON HER OWN BEHALF:*

_____
Monday, August 25, 2014

Tamah Jada Clark
Ph: (850) 512-6642
E-mail: TamahJClark@gmail.com
6901-A N. 9th Ave # 429
Pensacola, Fla [32504]

pg. 2 of 2

Certified Mail #:

From:

**7013 2250 0001 9001 3422**

Mrs. Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]

To:

Clerk, U.S. Federal District
Court (**STATESBORO** Division)
c/o Scott L. Poff
Clerk, U.S. District Court
Southern District of Georgia
P.O. Box 8286
Savannah GA 31412

Monday, August 25, 2014

**RE: Request for File-stamped and returned copy of enclosed Notice & Certificate of Service**

Dear Sir:

My name is Tamah Jada Clark and I am writing you regarding my petition for a federal writ of Habeas Corpus pursuant 28 U.S.C. § 2254 (a) dated July 22, 2014. Enclosed you will find 2 copies of a Notice to the Court and an accompanying Certificate of Service. I am requesting a file-stamped and returned copy of these documents and have enclosed a self-addressed envelope with adequate postage.

Thank you in advance for your cooperation and assistance.

Sincerely,

*/s/ Tamah Jada Clark*

Tamah Jada Clark
6901-A N. 9th Ave #429
Pensacola, Florida [32504]
Tel: (850) 512-6642
E-mail: TamahJClark@gmail.com

ENCLOSURES:

1. **NOTICE** OF ERRONEUS TRANSFER OF PETITION TO USDC FOR THE NORTHERN DISTRICT OF GEORGIA
   (2 copies)

2. **CERTIFICATE OF SERVICE FOR NOTICE** OF ERRONEUS TRANSFER OF PETITION TO USDC FOR THE NORTHERN DISTRICT OF GEORGIA
   (2 copies)