Mrs. Tamah Jada Clark
6901-A N. 9th Ave. #429
Pensacola, Florida [32504]

**CERTIFIED MAIL**

7013 2250 0001 9001 3422




Clerk, U.S. Federal District Court
(STATESBORO Division)
Southern District of GA
P.O. Box 8286
Savannah GA 31412